1  John V. Picone III (State Bar No. 187226)
   jpicone@hopkinscarley.com
2  Dori L. Yob (State Bar No. 227364)
   dyob@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:  (408) 286-9800
8  Facsimile:  (408) 998-4790

9  Attorneys for Plaintiffs
   AVAGO TECHNOLOGIES U.S., INC., AVAGO
10 TECHNOLOGIES INTERNATIONAL SALES
   PTE. LIMITED, AVAGO TECHNOLOGIES
11 JAPAN, LTD., AVAGO TECHNOLOGIES
   CANADA CORPORATION
12

**FILED**

2008 JUL -3 P 3: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EMCORE CORPORATION, a New Jersey corporation; VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., a Singapore corporation,<br><br>Defendants. | CASE NO. C08 03248 HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[LOCAL RULE 3-16] |

592932.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-16]

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

4 Dated: July 3, 2008

HOPKINS & CARLEY
A Law Corporation

By: /s/ Dori L. Yob
Dori L. Yob
Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S., INC.,
AVAGO TECHNOLOGIES
INTERNATIONAL SALES PTE.
LIMITED, AVAGO TECHNOLOGIES
JAPAN, LTD., AVAGO
TECHNOLOGIES CANADA
CORPORATION