JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
Email:  jbrown@redbrownlaw.com

Attorneys for Defendant, EMCORE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., *et al.*,<br><br>           Plaintiff,<br><br>     vs.<br><br>EMCORE CORPORATION, *et al.*,<br><br>           Defendants. | Case No.:  C08-3248 HRL<br><br>**EMCORE CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**[LOCAL RULE 3-16]** |

Pursuant to Local Rule 3-16, the undersigned, counsel for defendant EMCORE CORPORATION, certifies that the following persons, in addition to the parties, may have a direct, pecuniary interest in the outcome of the action:

       1.     Technocom Systems Sdn. Bhd.

       This representation is made to enable the judges of the Court to evaluate possible recusal.

Dated:    July 31, 2008              REDENBACHER & BROWN, LLP

                                     By:  _____
                                          JOHN C. BROWN
                                          Attorneys for defendant,
                                          EMCORE CORPORATION