JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
Email:  jbrown@redbrownlaw.com

Attorneys for Defendant, EMCORE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>EMCORE CORPORATION, *et al.*,<br><br>Defendants. | Case No.:  C08-3248 HRL<br><br>**NOTICE OF MOTION AND MOTION BY EMCORE CORPORATION TO DISMISS COMPLAINT (F.R.C.P. 12(b)(6))**<br><br>Date of Motion: September 30, 2008<br>Time of Motion:  10:00 a.m.<br>Ctrm: Courtroom 2, 5th Floor<br>Judge:  The Hon. Howard R. Lloyd<br>Case Filed: July 3, 2008<br>Trial date:  None |

   PLEASE TAKE NOTICE that on September 30, 2008, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 2 of the above-entitled Court, located at 280 South 1st Street, San Jose, California, defendant EMCORE CORPORATION will and hereby does move the Court to dismiss with prejudice the Complaint of plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION, pursuant to F.R.C.P. 12(b)(6) based on the fact that plaintiffs fail to state a claim against Emcore

1

Corporation.

Plaintiffs bring one claim against Emcore for Negligent Interference With Prospective Economic Advantage ("NIWPEA"), but they fail to allege a proper claim, because they do not state that Emcore owed them a duty of care.

Further, plaintiffs fail to allege a proper claim for NIWPEA based on the alleged manufacture of defective goods, because they fail to allege physical damages other than the negligently manufactured product.

Plaintiffs also fail to allege a proper claim for NIWPEA, because the injury that they allege is part of the ordinary business risk

Finally, plaintiffs fail to allege a proper claim for NIWPEA, because they do not allege a wrongful act by Emcore that was an "independently wrongful" act proscribed by some constitutional, statutory, regulatory, common law, or other determinable legal standard, which act constituted "unfair competition."

This motion to dismiss will be based on this Notice of Motion and Motion to Dismiss; the Memorandum of Points and Authorities in Support of Emcore's Motion to Dismiss; plaintiffs' Complaint; the other formal papers, records, and papers filed herein; and, such other and further oral and documentary evidence and legal memoranda as may be presented at or by the hearing on these issues.

Dated:   August 4, 2008                REDENBACHER & BROWN, LLP

                                       By: _John C. Brown_____
                                       JOHN C. BROWN
                                       Attorneys for defendant,
                                       EMCORE CORPORATION

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, EMCORE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>EMCORE CORPORATION, *et al.*,<br><br>Defendants. | Case No.: C08-3248 HRL<br><br>**[PROPOSED] ORDER GRANTING MOTION BY EMCORE CORPORATION TO DISMISS COMPLAINT (F.R.C.P. 12(b)(6))**<br><br>Date of Motion: September 30, 2008<br>Time of Motion: 10:00 a.m.<br>Ctrm: Courtroom 2, 5th Floor<br>Judge: The Hon. Howard R. Lloyd<br>Case Filed: July 3, 2008<br>Trial date: None |

This matter is before the Court on the Motion to Dismiss under F.R.C.P. 12(b)(6) brought by defendant EMCORE CORPORATION ("Emcore"). After reviewing all matter submitted relating to this motion, the Court determines that plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION have not alleged a claim for Negligent Interference With Prospective Economic Advantage ("NIWPEA") against Emcore. Specifically, plaintiffs fail to allege a proper claim for

NIWPEA because they do not state that Emcore owed them a duty of care. Further, plaintiffs fail to allege a proper claim for NIWPEA based on the alleged manufacture of defective goods by Emcore, because they fail to allege physical damages other than the negligently manufactured product. Further, plaintiffs fail to allege a proper claim for NIWPEA, because the injury that they allege is part of their ordinary business risk. Finally, plaintiffs fail to allege a proper claim for NIWPEA, because they do not allege a wrongful act by Emcore that was an "independently wrongful" act proscribed by some constitutional, statutory, regulatory, common law, or other determinable legal standard, which act constituted "unfair competition."

For the foregoing reasons, the Motion To Dismiss of defendant Emcore is GRANTED and the claims of plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION against EMCORE CORPORATION are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____          _____

                                                 THE HON. HOWARD R. LLOYD

                                                 UNITED STATES MAGISTRATE JUDGE