**\*E-FILED 8/4/2008\***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S.; INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE, LIMITED; AVAGO TECHNOLOGIES JAPAN, LTD.; AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EMCORE CORPORATION; VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD.,<br><br>Defendants. | No. C08-03248 HRL<br><br>**CLERK'S NOTICE RE DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge. **No later than August 11, 2008**, each party shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* Civ. L.R. 73-1. (The forms are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.)

Dated:    August 4, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:08-cv-3248 Notice has been electronically mailed to:**

John V. Picone , III jpicone@hopkinscarley.com, dhodges@hopkinscarley.com

Dori Lynn Yob dyob@hopkinscarley.com, ash@hopkinscarley.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**