JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
Email:  jbrown@redbrownlaw.com

Attorneys for Defendant, EMCORE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., *et al.*, | Case No.:  C08-3248 HRL |
| Plaintiff, | **EMCORE CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| EMCORE CORPORATION, *et al.*, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:    August 4, 2008                    REDENBACHER & BROWN, LLP

By: _____
JOHN C. BROWN
Attorneys for defendant,
EMCORE CORPORATION

1