| | |
|---|---|
| 1 | MATTHEW P. LEWIS (State bar No. 155516) |
| | CAROLINE A.H. SAYERS (State bar No. 209815) |
| 2 | WHITE & CASE LLP |
| | 633 W. Fifth Street, Suite 1900 |
| 3 | Los Angeles, CA 90071-2007 |
| | Telephone: (213) 620-7700 |
| 4 | Facsimile: (213) 452-2329 |
| | Email: mlewis@whitecase.com |
| 5 | Email: csayers@whitecase.com |
| 6 | Attorneys for Defendant |
| | VENTURE CORPORATION LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION, | Case No. C08-03248-HRL |
| | VENTURE CORPORATION LIMITED'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| Plaintiffs, | AND |
| v. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| EMCORE CORPORATION, a New Jersey corporation; VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., a Singapore corporation, | Complaint Filed: July 3, 2008 |
| Defendants. | |

VENTURE'S DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO UNITED STATES DISTRICT JUDGE
CASE NO. C08-03248-HRL

LOSANGELES 780121 v1 (2K)

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 11, 2008

MATTHEW P. LEWIS
CAROLINE A.H. SAYERS
WHITE & CASE LLP

By: /s/ Caroline Sayers
Caroline A. H. Sayers
Attorneys for Defendant
VENTURE CORPORATION LIMITED

-1-

VENTURE'S DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO UNITED STATES DISTRICT JUDGE
CASE NO. C08-03248-HRL

LOSANGELES 780121 v1 (2K)