John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Dori L. Yob, Bar No. 227364
dyob@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EEMCORE CORPORATION, a New Jersey corporation; VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., a Singapore corporation,,<br><br>Defendants. | CASE NO.  C08-3248-HRL<br><br>**PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

598059.1

PLAINTIFFS' CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE  C08-3248-HRL

1 | In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 11, 2008

HOPKINS & CARLEY
A Law Corporation

By: /s/ Dori L. Yob
    Dori L. Yob
    Attorneys for Plaintiff
    AVAGO TECHNOLOGIES U.S., INC.,
    AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

598059.1
- 2 -
PLAINTIFFS' CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE  C08-3248-HRL