UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies U.S., Inc., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>Emcore Corporation, a New Jersey corporation, et. al.,<br><br>        Defendants._____/ | No. C08-03248<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 28, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **November 10, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on November 3, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: August 12, 2008                        RICHARD W. WIEKING, Clerk
                                                                      United States District Court

                                                                    /s/*Patty Cromwell*
                                                                    By: Patty Cromwell
                                                                    Courtroom Deputy Clerk for
                                                                    Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

4  Dori Lynn Yob    dyob@hopkinscarley.com, ash@hopkinscarley.com

5  John Calvin Brown , III    jbrown@redbrownlaw.com

6  John V. Picone , III    jpicone@hopkinscarley.com, dhodges@hopkinscarley.com