JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
Email:  jbrown@redbrownlaw.com

Attorneys for Defendant, EMCORE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>EMCORE CORPORATION, *et al.*,<br><br>Defendants. | Case No.: C08-3248 JW<br><br>**RE-NOTICE OF MOTION AND MOTION BY EMCORE CORPORATION TO DISMISS COMPLAINT (F.R.C.P. 12(b)(6))**<br><br>Date of Motion: November 10, 2008<br>Time of Motion:  9:00 a.m.<br>Ctrm:  Courtroom 8, 4th Floor<br>Judge:  The Hon. James Ware<br>Case Filed: July 3, 2008<br>Trial date:  None |

PLEASE TAKE NOTICE that on November 10, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 8 of the above-entitled Court, located at 280 South 1st Street, San Jose, California, defendant EMCORE CORPORATION will and hereby does move the Court to dismiss with prejudice the Complaint of plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION, pursuant to F.R.C.P. 12(b)(6) based on the fact that plaintiffs fail to state a claim against Emcore

1

Corporation.

Plaintiffs bring one claim against Emcore for Negligent Interference With Prospective Economic Advantage ("NIWPEA"), but they fail to allege a proper claim, because they do not state that Emcore owed them a duty of care.

Further, plaintiffs fail to allege a proper claim for NIWPEA based on the alleged manufacture of defective goods, because they fail to allege physical damages other than the negligently manufactured product.

Plaintiffs also fail to allege a proper claim for NIWPEA, because the injury that they allege is part of the ordinary business risk

Finally, plaintiffs fail to allege a proper claim for NIWPEA, because they do not allege a wrongful act by Emcore that was an "independently wrongful" act proscribed by some constitutional, statutory, regulatory, common law, or other determinable legal standard, which act constituted "unfair competition."

This motion to dismiss will be based on this Notice of Motion and Motion to Dismiss; the Memorandum of Points and Authorities in Support of Emcore's Motion to Dismiss; plaintiffs' Complaint; the other formal papers, records, and papers filed herein; and, such other and further oral and documentary evidence and legal memoranda as may be presented at or by the hearing on these issues.

Dated:   August 13, 2008            REDENBACHER & BROWN, LLP

                                    By: _John C. Brown_____
                                        JOHN C. BROWN
                                        Attorneys for defendant,
                                        EMCORE CORPORATION