

**IT IS SO ORDERED**

Judge James Ware

1/16/2009

JOHN C. BROWN (CA Bar No. 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
Email:  jbrown@redbrownlaw.com

Attorneys for defendant, EMCORE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., *et al.*,<br><br>          Plaintiff,<br><br>     vs.<br><br>EMCORE CORP., *et al.*,<br><br>          Defendant. | Case No.:  C 08-3248-JW<br><br>**STIPULATION TO EXTEND TIME FOR EMCORE CORPORATION TO FILE AN ANSWER TO COMPLAINT** |

Under the Local Rules of the United States District Court, Northern District of California, Rule 6.1(a), plaintiffs Avago Technologies U.S., Inc., Avago Technologies International Sales Pte. Limited, Avago Technologies Japan, Ltd., and Avago Technologies Canada Corp., on the one hand, and defendant Emcore Corporation ("Emcore"), on the other hand, stipulate to an extension of time for Emcore to answer or otherwise respond to plaintiffs' Complaint, based on the fact that plaintiffs anticipate filing a First Amended Complaint.  Plaintiffs and Emcore stipulate that Emcore will file an Answer, assuming that the allegations against Emcore in the First Amended Complaint are the same as those in the Complaint.  The parties further stipulate that Emcore will file its responsive pleading by no later than February 2, 2009, provided that plaintiffs file their First Amended Complaint by January 22, 2009.  If plaintiffs file the First Amended Complaint

1

thereafter, Emcore will file a responsive pleading within ten days.  If plaintiffs do not file a First Amended Complaint, Emcore will file an Answer in response to the Copmlaint by February 2, 2009.

It is so stipulated.

Date:   1/06/09                               HOPKINS & CARLEY

                              \s\
By _____
   Erik P. Khoobyarian
Attorneys for Plaintiffs


Date:   1/06/09                               REDENBACHER & BROWN, LLP

                              \s\
By _____
   John C. Brown
Attorneys for defendant, EMCORE CORP.