John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Erik P. Khoobyarian, Bar No. 226749
ekhoobyarian@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION

**IT IS SO ORDERED**

*/s/ James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EMCORE CORPORATION, VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD.,<br><br>Defendants. | Case No. 08-CV-03248 JW<br><br>**STIPULATION TO ENLARGE TIME TO FILE FIRST AMENDED COMPLAINT** |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION ("Plaintiffs") and Defendants EMCORE CORPORATION and VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., hereby stipulate to enlarge the time within which Plaintiffs must file their first amended complaint to and including February 4, 2009.

After obtaining the Court's December 22, 2008 ruling on Defendants' motions to dismiss Plaintiffs' complaint, Plaintiffs began the process of preparing the first amended complaint. Due to end-of-year holiday closures of Plaintiffs' offices until January 5, 2009, Plaintiffs require additional time to gather meaningful facts in preparing their amended complaint. (Civ. L.R. 6-2(a)(1).)

There have been no prior modifications of Plaintiffs' deadlines. Defendant EMCORE CORPORATION has received one enlargement of time to file its responsive pleading following the denial of its motion to dismiss. Pursuant to the stipulation, signed by the Court on January 16, 2009, Defendant EMCORE CORPORATION's responsive pleading will be due 10 days after Plaintiffs file the first amended complaint. (Civil L.R. 6-2(a)(2)).

There should be no impact of this short enlargement of time on the schedule for the case. (Civil L.R. 6-2(a)(3)).

Dated: January 21, 2009

HOPKINS & CARLEY
A Law Corporation

By: /s/ Erik P. Khoobyarian
Erik P. Khoobyarian
Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION

| | | |
|---|---|---|
| 1 | Dated: January 21, 2009 | REDENBACHER & BROWN, LLP |
| 2 | | |
| 3 | | By: /s/ John C. Brown |
| 4 | | John C. Brown<br>Attorneys for Defendant<br>EMCORE CORPORATION |
| 5 | | |
| 6 | Dated: January 21, 2009 | WHITE & CASE LLP |
| 7 | | |
| 8 | | By: /s/ Matthew P. Lewis |
| 9 | | Matthew P. Lewis<br>Attorneys for Defendant VENTURE<br>CORPORATION LIMITED fka<br>VENTURE MANUFACTURING (S)<br>LTD. |

## **ATTESTATION OF ERIK P. KHOOBYARIAN**

I, Erik P. Khoobyarian, am one of the attorneys of record for Plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION. I have obtained concurrence in the filing of this document from John C. Brown, attorney of record for Defendant EMCORE CORPORATION, and Matthew P. Lewis attorney of record for Defendant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., which shall serve in lieu of their signatures on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: January 21, 2009

By: /s/ Erik P. Khoobyarian
Erik P. Khoobyarian