WHITE & CASE LLP
MATTHEW P. LEWIS (SBN 155516)
DESIREE DESURRA (SBN 223605)
J. JONATHAN HAWK (SBN 254350)
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
Email:        mlewis@whitecase.com
Email:        ddesurra@whitecase.com
Email:        jhawk@whitecase.com

Attorneys for Defendant
VENTURE CORPORATION LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>                    Plaintiffs,<br><br>        v.<br><br>EMCORE CORPORATION,  a New Jersey corporation; VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., a Singapore corporation,<br><br>                    Defendants. | Case No.  CV-08-03248-JW<br><br>**STIPULATION TO ENLARGE TIME FOR VENTURE CORPORATION LIMITED TO RESPOND TO FIRST AMENDED COMPLAINT; AND [PROPOSED] ORDER THEREON** |

LOSANGELES 807002 (2K)

STIPULATION ENLARGING TIME FOR
DEFENDANT VENTURE TO RESPOND
TO FIRST AMENDED COMPLAINT;
Case No. 2:08-CV-03248 JW

1        Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs AVAGO TECHNOLOGIES
2   U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTS. LIMITED, AVAGO
3   TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION
4   ("Plaintiffs") and Defendant VENTURE CORPORATION LIMITED ("Venture"), hereby stipulate
5   and agree that Venture may have a short extension of time to file its response to the First Amended
6   Complaint, up to and including March 3, 2009.
7        Plaintiffs served their First Amended Complaint on February 4, 2009, and Venture's
8   response is currently due on February 20, 2009.  Counsel for Venture requires additional time to
9   consult with Venture, (located in Singapore and Malaysia), in order to determine the most
10  appropriate response to the First Amended Complaint.  This short extension of time should have no
11  impact on the current schedule for the case.  (N.D. Cal. Civ. R. 6-2(a)(2)).  This extension is not
12  sought for any bad faith reason or for purposes of delaying this action.
13       The parties have not previously modified any of Venture's deadlines in this action.
14       The parties stipulated to an enlargement of time for Defendant EMCORE CORPORATION
15  ("Emcore") to file its responsive pleading to Plaintiffs' Complaint following the denial of Emcore's
16  motion to dismiss.  Pursuant to stipulation, signed by the Court on January 16, 2009, Emcore's
17  responsive pleading is due 10 days following Plaintiffs filing of the First Amended Complaint.
18  (N.D. Cal. Civ. R. 6-2(a)(2)).
19       Plaintiffs received one enlargement of time to file the First Amended Complaint following
20  the grant of Venture's motion to dismiss.  Pursuant to stipulation, signed by the Court on January 23,
21  2009, Plaintiffs received until February 4, 2009 to file the First Amended Complaint.  (N.D. Cal.
22  Civ. R. 6-2(a)(2)).
23
24  //
25  //
26
27
28                                              - 2 -     STIPULATION ENLARGING TIME FOR
                                                          DEFENDANT VENTURE TO RESPOND
                                                          TO FIRST AMENDED COMPLAINT;
                                                          Case No. 2:08-CV-03248 JW

LOSANGELES 807002 (2K)

1   IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that
2   Venture shall have up to and including March 3, 2009, to respond to the First Amended Complaint.

Dated: February 12, 2009                         WHITE & CASE LLP

                                                 By:    /s/ J. Jonathan Hawk
                                                        J. Jonathan Hawk
                                                 Attorneys for Defendant
                                                 VENTURE CORPORATION LIMITED


Dated: February 12, 2009                         HOPKINS & CARLEY

                                                 By:    /s/ Erik P. Khoobyarian
                                                        Erik P. Khoobyarian
                                                 Attorneys for Plaintiffs
                                                 AVAGO TECHNOLOGIES U.S., INC.,
                                                 AVAGO TECHNOLOGIES
                                                 INTERNATIONAL SALES PTS. LIMITED,
                                                 AVAGO TECHNOLOGIES JAPAN, LTD.,
                                                 and AVAGO TECHNOLOGIES CANADA
                                                 CORPORATION


PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED:    February 17, 2009
                                                 _____
                                                        Hon. James Ware
                                                        United States District Judge

**ATTESTATION OF J. JONATHAN HAWK**

I, J. Jonathan Hawk, am one of the attorneys of record for Defendant VENTURE CORPORATION LIMITED.  I have obtained concurrence in the filing of this document from Erik P. Khoobyarian, attorney of record for Plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTS. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION, which shall serve in lieu of his signature on the filed document.  I have obtained and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: February 12, 2009                                            WHITE & CASE LLP


                                                                                    By:      /s/ J. Jonathan Hawk
                                                                                              J. Jonathan Hawk
                                                                                    Attorneys for Defendant
                                                                                    VENTURE CORPORATION LIMITED

- 4 -

STIPULATION ENLARGING TIME FOR DEFENDANT VENTURE TO RESPOND TO FIRST AMENDED COMPLAINT; Case No. 2:08-CV-03248 JW

LOSANGELES 807002 (2K)