JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, EMCORE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> EMCORE CORPORATION, *et al.*, <br><br> Defendants. | Case No.: C08-3248 JW <br><br> **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO EARLY NEUTRAL EVALUATION** <br><br> ——————————————— <br><br> Judge: The Hon. James Ware <br> Case Filed: July 3, 2008 |

On June 16, 2009, counsel for each of the parties, plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION and defendants EMCORE CORPORATION and VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., participated in a court-ordered conference regarding Alternative Dispute Resolution. United States District Court ADR Program Staff Attorney Daniel Bowling monitored the conference. At the conference, the parties agreed, through counsel, that this matter should be referred to Early Neutral Evaluation ("E.N.E.") and that an early evaluation be held within 150 days from June 16, 2009, or by November 13, 2009. On July 9, 2009, Mr. Bowling recommended to the parties that they file a stipulation and proposed order referring the

1

1 | matter to E.N.E. per the parties' agreement.

2 |    Whereby, each of the plaintiffs and defendants hereby agrees that this matter should be

3 | referred to E.N.E. and that an early evaluation be held by November 13, 2009.

4 |

5 | Dated: July 16, 2009      REDENBACHER & BROWN, LLP

6 |                \s\

7 |        By: _____

8 |           JOHN C. BROWN
          Attorneys for defendant,
          EMCORE CORPORATION

9 |

10 | Dated: July 16, 2009      WHITE & CASE LLP

11 |

12 |                \s\
       By: _____

13 |           MATTHEW P. LEWIS
          Attorneys for defendant,

14 |           VENTURE CORPORATION LIMITED fka
          VENTURE MANUFACTURING (S)

15 |           LTD.

16 | Dated: July 16, 2009      HOPKINS & CARLEY

17 |

18 |                \s\
       By: _____

19 |           ERIK P. KHOOBYARIAN
          Attorneys for plaintiffs,

20 |           AVAGO TECHNOLOGIES U.S., INC.,
          AVAGO TECHNOLOGIES

21 |           INTERNATIONAL SALES PTE.
          LIMITED, AVAGO TECHNOLOGIES

22 |           JAPAN, LTD., AVAGO

23 |           TECHNOLOGIES CANADA
          CORPORATION

24 |

25 |

26 |

27 |

28 |

2

**[PROPOSED] ORDER**

This matter is before the Court based on the Stipulation of each of the parties that this matter should be referred to Early Neutral Evaluation and that an early evaluation be held by November 13, 2009.  Upon review of the parties' Stipulation, the Court hereby refers this matter to Early Neutral Evaluation to be held by November 13, 2009.

IT IS SO ORDERED.

Dated: _____July 23, 2009_____                    _____

THE HON. JAMES WARE

**ATTESTATION OF JOHN C. BROWN**

I, John C. Brown, am the attorney of record for defendant EMCORE CORATION. I have obtained written concurrence in the filing of this document from Erik Khoobyarian, one of the attorneys of record for plaintiff AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION.  This concurrence shall serve in lieu of his signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any). I have also obtained oral concurrence in the filing of this document from Matthew P. Lewis, attorney of record for Defendant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD.

Dated:  July 16, 2009
By:  \s\
JOHN C. BROWN
Attorneys for defendant,
EMCORE CORPORATION