1  JOHN C. BROWN (State Bar # 195804)
   Email: jbrown@redbrownlaw.com
2  GARY F. REDENBACHER (State Bar # 151637)
   Email: gary@redbrownlaw.com
3  REDENBACHER & BROWN, LLP
4  580 California Street, Suite 1600
   San Francisco, California 94104
5  Phone: (415) 409-8600
   Facsimile: (415) 520-0141
6  Attorneys for Defendant, EMCORE CORPORATION

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
9/9/2010

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | AVAGO TECHNOLOGIES U.S., INC., a      | Case No. 08-CV-03248 JW
   | Delaware corporation, AVAGO           |
11 | TECHNOLOGIES INTERNATIONAL            | **STIPULATION RE: MODIFICATION OF**
   | SALES PTE. LIMITED, AVAGO             | **CASE SCHEDULE**
12 | TECHNOLOGIES JAPAN, LTD.,             |
   | AVAGO TECHNOLOGIES CANADA             |
13 | CORPORATION,                          |
14 |        Plaintiffs,                    |
15 |    v.                                 |
   | EMCORE CORPORATION, VENTURE           |
16 | CORPORATION LIMITED fka               |
   | VENTURE MANUFACTURING (S)             |
17 | LTD.,                                 |
   |        Defendants.                    |
18 |                                       |
   | AND RELATED COUNTERCLAIMS.            |
19

20     Pursuant to Civil Local Rules 6-2 and 16-10(c), Plaintiffs and Counterdefendants

21 AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL

22 SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO

23 TECHNOLOGIES CANADA CORPORATION ("Avago"), Defendant and Counterclaimant

24 VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD. and

25 Counterclaimant TECHNOCOM SYSTEMS SDN BHD ("Venture") and Defendant and

26 Counterclaimant EMCORE CORPORATION ("Emcore"), **hereby request that the Court set a**

27 **further Case Management Conference to modify the Court's April 27, 2010 "Order**

28

000\686678.3

1 **Modifying Scheduling Order." Alternatively, the parties request that the Court modify the**
2 **current Case Schedule, ¶¶ 9-12, to extend each of the deadlines therein by approximately six**
3 **(6) months.**

4 The parties make this request based on the fact that Emcore recently filed a Counterclaim,
5 which the parties do not anticipate will be at issue until, at the earliest, two weeks prior to the
6 close of discovery. Specifically, on August 9, 2010, the Court granted Emcore's Motion For
7 Leave to File Counterclaim based on its claim of recently discovered evidence. Emcore filed the
8 Counterclaim on August 10, 2010. Avago timely filed a Motion to Dismiss on September 3,
9 2010. Avago set a hearing for the motion on the earliest motion hearing date for which it could
10 set a hearing, January 24, 2011. Per the operative Scheduling Order, preliminary pretrial
11 conference statements are due on January 14, 2011, a pretrial conference is set for January 24,
12 2011, and discovery closes on February 7, 2011. As such, the Emcore Counterclaim will likely
13 not be at issue until following the pretrial conference, or approximately the close of discovery,
14 leaving the parties insufficient time to conduct discovery regarding the allegations in the
15 Counterclaim. Further, Emcore represents that, even were it to initiate discovery regarding the
16 Counterclaim allegations at this time, it may have insufficient time to conduct discovery
17 regarding the Counterclaim allegations, particularly given that it believes that the important
18 witnesses are in Singapore. As a result of the delay caused by the Counterclaim, the parties
19 request that the Court either set a further Case Management Conference or issue a further
20 Modified Scheduling Order extending the Case Schedule, ¶¶ 9-12, by approximately six months
21 to enable the parties to conduct discovery regarding the Emcore Counterclaim.
22 **SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: September 8, 2010 | HOPKINS & CARLEY<br>A Law Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: \s\<br>Erik P. Khoobyarian |
| 5 | | Attorneys for Plaintiffs and<br>Counter-Defendants |
| 6 | | AVAGO TECHNOLOGIES U.S., INC.,<br>AVAGO TECHNOLOGIES<br>INTERNATIONAL SALES PTE. LIMITED, |
| 7 | | AVAGO TECHNOLOGIES JAPAN, LTD.,<br>AVAGO TECHNOLOGIES CANADA |
| 8 | | CORPORATION |
| 9 | Dated: September 8, 2010 | WHITE & CASE LLP |
| 10 | | |
| 11 | | By: \s\<br>Matthew P. Lewis |
| 12 | | Attorneys for Defendant and Counterclaimant<br>VENTURE CORPORATION LIMITED fka |
| 13 | | VENTURE MANUFACTURING (S) LTD.<br>and Counterclaimant TECHNOCOM |
| 14 | | SYSTEMS SDN BHD |
| 15 | | |
| 16 | Dated: September 8, 2010 | REDENBACHER & BROWN, LLP |
| 17 | | |
| 18 | | By: \s\<br>John C. Brown |
| 19 | | Attorneys for Defendant and Counterclaimant<br>EMCORE CORPORATION |
| 20 | | |

### ATTESTATION OF JOHN C. BROWN

I, John C. Brown, am one of the attorneys of record for Defendant and Counterclaimant EMCORE CORPORATION. I have obtained concurrence in the filing of this document from Erik Khoobyarian, attorney of record for Plaintiffs and Counterdefendants AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES

1 CANADA CORPORATION; and from Matthew P. Lewis, attorney of record for Defendant and
2 Counterclaimant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING
3 (S) LTD. and Counterclaimant TECHNOCOM SYSTEMS SDN BHD, which shall serve in lieu
4 of their signature on the filed document.  I have obtained and will maintain records to support this
5 concurrence for subsequent production for the court if so ordered or for inspection upon request
6 by a party until one year after final resolution of the action (including appeal, if any).
7 / / /
8 / / /

Dated: September 8, 2010

By: \s\
John C. Brown

## **ORDER**

**IT IS SO ORDERED.**

The Court finds good cause to extend the current case schedule beyond the February 7, 2011 discovery deadline. Accordingly, the Court modifies the current Case Schedule by six months as follows:

| | |
|---|---|
| **Close of All Discovery (¶ 9)** | **August 8, 2011** |
| **Last Date for Hearing Dispositive Motions (¶ 10)** | **October 3, 2011** |
| **Preliminary Pretrial Conference at 11 a.m. (¶ 12)** | **June 27, 2011** |
| **Preliminary Pretrial Conference Statements (¶ 11)** *(Due 10 days before conference)* | **June 17, 2011** |

Except as the Case Schedule is modified herein, the content of the April 27, 2010 Modified Scheduling Order (Docket Item No. 87) remains in effect.

DATED: September 9, 2010

JAMES WARE
United States District Judge