John V. Picone III (State Bar No. 187226)
jpicone@hopkinscarley.com
Erik P. Khoobyarian (State Bar No. 226749)
ekhoobyarian@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

Attorneys for Plaintiffs and Counter-Defendants
AVAGO TECHNOLOGIES U.S., INC., AVAGO
TECHNOLOGIES INTERNATIONAL SALES
PTE. LIMITED, AVAGO TECHNOLOGIES
JAPAN, LTD., AVAGO TECHNOLOGIES
CANADA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>Plaintiffs,<br>v.<br>EMCORE CORPORATION, VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD.,<br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 08-CV-03248 JW<br><br>**STIPULATED MODIFICATION OF CASE SCHEDULE, AND [PROPOSED] ORDER**<br><br>**Civ. L.R. 6-2**<br>**Civ. L.R. 16-10(c)** |

Pursuant to Civil Local Rules 6-2 and 16-10(c), Plaintiffs and Counterdefendants AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION ("Avago"), Defendant and Counterclaimant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD. and Counterclaimant TECHNOCOM SYSTEMS SDN BHD ("Venture") and Defendant EMCORE CORPORATION ("Emcore"), **hereby request that the Court modify the current Case**

000\686678.6
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATED MODIFICATION OF
CASE SCHEDULE, AND [PROPOSED] ORDER                                CASE NO. 08-CV-03248 JW

1  **Schedule, ¶¶ 9-12, to extend each of the deadlines therein by not less than forty-five (45)**
2  **days.**  The Court has previously modified the Case Schedule, most recently on September 9,
3  2010, Docket No. 108.
4      The parties make this request based on the fact the parties have entered into settlement
5  discussions.  By moving the current deadlines, the parties will be able to direct their full attention
6  to the negotiated resolution that would otherwise need to be spent preparing for upcoming trial
7  deadlines, including expert-witness related deadlines.
8      Avago and Venture are conducting settlement discussions directly through counsel and
9  with the ultimate goal of reaching a negotiated resolution.
10     Avago and Emcore are in the process of scheduling a formal mediation.  The parties have
11 agreed to mediate on April 26, 2011, and are working to secure a mediator for that day.
12     In order to provide the parties with the time necessary to conduct a formal mediation and
13 negotiate a resolution of the disputes, the parties respectfully request that the Court issue a further
14 Modified Scheduling Order adjusting the Case Schedule, ¶¶ 9-12, by approximately, but not less
15 than forty-five days, corresponding to the time between now and the mediation between Avago
16 and Emcore, to better enable the parties to resolve their disputes.  In the event they are unable to
17 settle the case, the parties will thereafter resume their trial preparation efforts.
18     **SO STIPULATED.**
19
20 Dated: March 21, 2011                  HOPKINS & CARLEY
21                                     A Law Corporation
22
23                                     By:  /s/ Erik P. Khoobyarian
24                                     Erik P. Khoobyarian
                                    Attorneys for Plaintiffs and
25                                     Counter-Defendants
                                    AVAGO TECHNOLOGIES U.S., INC.,
26                                     AVAGO TECHNOLOGIES
                                    INTERNATIONAL SALES PTE. LIMITED,
27                                     AVAGO TECHNOLOGIES JAPAN, LTD.,
                                    AVAGO TECHNOLOGIES CANADA
28                                     CORPORATION

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\686678.6                                    - 2 -
STIPULATED MODIFICATION OF
CASE SCHEDULE, AND [PROPOSED] ORDER                                  CASE NO. 08-CV-03248 JW

| | | |
|---|---|---|
| 1 | Dated: March 21, 2011 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By:  /s/ Matthew P. Lewis |
| 4 | | Matthew P. Lewis<br>Attorneys for Defendant and Counterclaimant |
| 5 | | VENTURE CORPORATION LIMITED fka<br>VENTURE MANUFACTURING (S) LTD. |
| 6 | | and Counterclaimant TECHNOCOM<br>SYSTEMS SDN BHD |
| 7 | | |
| 8 | Dated: March 21, 2011 | REDENBACHER & BROWN, LLP |
| 9 | | |
| 10 | | By:  /s/ John C. Brown |
| 11 | | John C. Brown<br>Attorneys for Defendant |
| 12 | | EMCORE CORPORATION |

### ATTESTATION OF ERIK P. KHOOBYARIAN

I, Erik P. Khoobyarian, am one of the attorneys of record for Plaintiffs and Counter Defendants AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION.  I have obtained concurrence in the filing of this document from John C. Brown, attorney of record for Defendant EMCORE CORPORATION; Matthew P. Lewis attorney of record for Defendant and Counterclaimant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD. and Counterclaimant TECHNOCOM SYSTEMS SDN BHD, which shall serve in lieu of his signature on the filed document.  I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\686678.6                                           - 3 -
STIPULATED MODIFICATION OF
CASE SCHEDULE, AND [PROPOSED] ORDER                         CASE NO. 08-CV-03248 JW

Dated: March 21, 2011

By: /s/ Erik P. Khoobyarian
 Erik P. Khoobyarian

## ORDER

**IT IS SO ORDERED.** The Court finds good cause to extend the current case schedule. Accordingly, the Court modifies the current Case Schedule, dated September 9, 2010, Docket No. 108, as follows:

| | |
|---|---|
| **Close of All Discovery (¶ 9)** | September 26, 2011 |
| **Last Date for Hearing Dispositive Motions (¶ 10)** | November 21, 2011 |
| **Preliminary Pretrial Conference at 11 a.m. (¶ 12)** | August 29, 2011 |
| **Preliminary Pretrial Conference Statements (¶ 11)** *(Due 10 days before conference)* | August 19, 2011 |

DATED: March 24, 2011

JAMES WARE
United States District Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\686678.6
- 4 -
STIPULATED MODIFICATION OF
CASE SCHEDULE, AND [PROPOSED] ORDER
CASE NO. 08-CV-03248 JW