WHITE & CASE LLP
Matthew P. Lewis (SBN 155516)
Mark E. Gustafson (SBN 198902)
J. Jonathan Hawk (SBN 254350)
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
Email:        mlewis@whitecase.com
Email:        mgustafson@whitecase.com
Email:        jhawk@whitecase.com

Attorneys for Defendant and Counterclaimaint
VENTURE CORPORATION LIMITED
and for Counterclaimant TECHNOCOM
SYSTEMS SDN BHD

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EMCORE CORPORATION,  a New Jersey corporation; VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., a Singapore corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  CV-08-03248-JW<br><br>**STIPULATED MODIFICATION OF CASE SCHEDULE; AND ~~[PROPOSED]~~ ORDER**<br><br>Civ. L.R. 6-2<br>Civ. L.R. 16-10(c) |

Pursuant to Civil Local Rules 6-2 and 16-10(c), Plaintiffs and Counterdefendants AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION ("Avago"), Defendant and Counterclaimant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING(S) LTD. and Counterclaimant TECHNOCOM SYSTEMS SBN BHD ("Venture") and Defendant EMCORE CORPORATION ("Emcore"), **hereby request that the Court modify the current Case Schedule, ¶¶ 9-12, to extend each of the deadlines therein by not less than sixty (60) days.** The Court has previously modified the Case Schedule (Docket No. 108), most recently on March 24, 2011, Docket No. 153.

The parties make this request based on the fact the parties have entered into promising settlement discussions. Indeed, as a result of the time made available by the most recent modification to the schedule, Avago and Emcore have agreed to a settlement in principle, and are currently documenting their settlement. By again briefly moving the current deadlines, Avago and Venture will now be able to direct their full attention to working on a negotiated resolution, rather than having to prepare for upcoming trial deadlines, including expert-witness related deadlines.

In order to provide the parties with the time necessary to document the Avago/Emcore settlement and for Avago and Venture to negotiate a resolution of their disputes, the parties respectfully request that the Court issue a further Modified Scheduling Order adjusting the Case Schedule, ¶¶ 9-12, by approximately, but not less than sixty (60) days, to better enable the parties to fully resolve their disputes and document their settlements. In the event they are unable to settle the case, Avago and Venture will thereafter promptly resume their trial preparation efforts.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: June 20, 2011 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By: /s/ Matthew P. Lewis |
| | | Matthew P. Lewis |
| 4 | | Attorneys for Defendant and Counterclaimant Venture Corporation Limited and Counterclaimant |
| 5 | | Technocom Systems Sdn Bhd |
| 6 | | |
| 7 | Dated: June 20, 2011 | HOPKINS & CARLEY |
| | | A Law Corporation |
| 8 | | |
| 9 | | By: /s/ Erik P. Khoobyarian |
| | | Erik P. Khoobyarian |
| 10 | | Attorneys for Plaintiffs and Counter-Defendants Avago Technologies U.S., Inc., Avago |
| 11 | | Technologies International Sales Pte. Limited, Avago Technologies Japan, Ltd., Avago |
| 12 | | Technologies Canada Corporation |
| 13 | | |
| 14 | Dated: June 20, 2011 | REDENBACHER & BROWN, LLP |
| 15 | | |
| 16 | | By: /s/ John C. Brown |
| | | John C. Brown |
| 17 | | Attorneys for Defendant Emcore Corporation |

### ATTESTATION OF MATTHEW P. LEWIS

I, Matthew P. Lewis, am one of the attorneys of record for Defendant and Counterclaimant VENTURE CORPORATION LTD. and Counterclaimant TECHNOCOM SYSTEMS SDN BHD. I have obtained concurrence in the filing of this document from John C. Brown, attorney of record for Defendant EMCORE CORPORATION; and from Erik P. Khoobyarian, attorney of record for Plaintiffs and Counterdefendants AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LMITED, AVAGO TECHNOLOGIES

- 3 -

1 | JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION, which serve in
2 | lieu of their signatures on the filed document. I have obtained and will maintain records to
3 | support this concurrence for subsequent production for the Court if so ordered or for inspection
4 | upon request by a party until one year after final resolution of the action (including appeal, if
5 | any).

Dated: June 20, 2011                          By: /s/ Matthew P. Lewis
                                                    Matthew P. Lewis

## ORDER

**IT IS SO ORDERED.** The Court finds good cause to extend the current Case Schedule. Accordingly, the Court modifies the current Case Schedule, dated September 9, 2010, Docket No. 108, as modified on March 24, 2011, Docket No. 153, as follows:

| | |
|---|---|
| **Close of All Discovery (¶ 9)** | October 17, 2011 |
| **Last Date for Hearing Dispositive Motions (¶ 10)** | December 19, 2011 @ 9:00 am |
| **Preliminary Pretrial Conference at 11 a.m. (¶ 12)** | September 19, 2011 @ 11:00 am |
| **Preliminary Pretrial Conference Statements (¶ 11)** *(Due 10 days before conference)* | September 9, 2011 |

DATED: June 27, 2011

JAMES WARE
United States District Judge