IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Avago Technologies U.S., Inc., et al., | NO. C 08-03248 JW |
| Plaintiffs, v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| Venture Corporation Ltd., et al., | |
| Defendants. | |

This case is presently scheduled for a Pretrial Conference on September 19, 2011. On September 9, 2011, the parties filed a Joint Notice Regarding Settlement Status. (Docket Item No. 158.) In their Joint Notice, the parties contend that they have been "engaging in settlement negotiations over the past several months," and that they are now "actively engaged in efforts to reach the final resolution [of the settlement]." (Id. at 1-2.) The parties further contend that the Court should extend the current case schedule to provide the parties sufficient time to bring their settlement to a final resolution. (Id. at 2.)

In light of the parties' contentions regarding their settlement efforts, the Court finds good cause to CONTINUE the Preliminary Pretrial Conference to **November 14, 2011 at 11 a.m.** On or before **November 4, 2011**, the parties shall file a Joint Preliminary Pretrial Statement apprising the

Court of the parties' settlement efforts, and providing a good faith trial schedule in the event that the parties are unable to bring their settlement to a final resolution. Should the parties require additional time to reduce their settlement to a writing, the parties should specify the time needed.

Dated: September 14, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Ann Haugsten Sayers csayers@whitecase.com
Desiree DeSurra ddesurra@whitecase.com
Dori Lynn Yob dyob@hopkinscarley.com
Erik Paul Khoobyarian epk@hopkinscarley.com
Gary Fish Redenbacher Gary@RedBrownLaw.com
James Jonathan Hawk jhawk@whitecase.com
John Calvin Brown jbrown@redbrownlaw.com
John V. Picone jpicone@hopkinscarley.com
Matthew Paul Lewis mlewis@whitecase.com

**Dated:  September 14, 2011**                                **Richard W. Wieking, Clerk**

                                                              **By:    /s/ JW Chambers**
                                                                      **Susan Imbriani**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California