IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Avago Technologies U.S., Inc., et al., | NO. C 08-03248 JW |
| Plaintiffs, v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| Venture Corporation Ltd., et al., | |
| Defendants. | |

This case is scheduled for a Pretrial Conference on November 14, 2011. On November 2, 2011, the parties filed a Joint Notice Regarding Settlement Status. (Docket Item No. 160.) In their Joint Notice, the parties contend that Plaintiff and Defendant Emcore "have reached a settlement and have a fully-executed settlement agreement," and also contend that they "anticipate that a stipulation for dismissal will be filed in the next 30 days." (Id. at 2.) Further, the parties contend that Plaintiff and Defendant Venture "are in continued negotiations as to the details of their settlement," and also contend that "the clients' principals are communicating directly to discuss and agree upon the terms of the resolution." (Id.) Finally, the parties contend that the Court should modify the current case schedule to provide the parties "sufficient time for the resolution" of their settlement negotiations. (Id.)

In light of the parties' contentions regarding their settlement efforts, the Court finds good cause to CONTINUE the Preliminary Pretrial Conference to **January 23, 2012 at 11 a.m.** On or before **January 13, 2012**, the parties shall file a Joint Preliminary Pretrial Statement apprising the

Court of the parties' settlement efforts, and providing a good faith trial schedule in the event that the parties are unable to bring their settlement to a final resolution. Should the parties require additional time to reduce their settlement to a writing, the parties should specify the time needed.

Dated: November 8, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Ann Haugsten Sayers csayers@whitecase.com
Desiree DeSurra ddesurra@whitecase.com
Dori Lynn Yob dyob@hopkinscarley.com
Erik Paul Khoobyarian epk@hopkinscarley.com
Gary Fish Redenbacher Gary@RedBrownLaw.com
James Jonathan Hawk jhawk@whitecase.com
John Calvin Brown jbrown@redbrownlaw.com
John V. Picone jpicone@hopkinscarley.com
Matthew Paul Lewis mlewis@whitecase.com

**Dated: November 8, 2011**                      **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers**
                                                  **Susan Imbriani**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California