John V. Picone III (State Bar No. 187226)
jpicone@hopkinscarley.com
Erik P. Khoobyarian (State Bar No. 226749)
ekhoobyarian@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Attorneys for Plaintiffs and Counter-Defendants
AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION,<br><br>Plaintiffs,<br>v.<br>EMCORE CORPORATION, VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD.,<br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 08-CV-03248 JW<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the plaintiffs AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION and the defendant EMCORE CORPORATION that the Complaint in the above-captioned action be and hereby is dismissed as to EMCORE CORPORATION with prejudice by plaintiffs pursuant to Fed. R. Civ. Proc. 41(a)(1); each party to bear its own costs.

1  Dated: December 2, 2011					HOPKINS & CARLEY
										A Law Corporation

										By: /s/ Erik P. Khoobyarian
										    Erik P. Khoobyarian
										    Attorneys for Plaintiffs and
										    Counter-Defendants
										    AVAGO TECHNOLOGIES U.S., INC.,
										    AVAGO TECHNOLOGIES
										    INTERNATIONAL SALES PTE. LIMITED,
										    AVAGO TECHNOLOGIES JAPAN, LTD.,
										    AVAGO TECHNOLOGIES CANADA
										    CORPORATION

   Dated: December 2, 2011					REDENBACHER & BROWN, LLP


										By: \s\ John C. Brown
										    John C. Brown
										    Attorneys for Defendant
										    EMCORE CORPORATION




### ATTESTATION OF ERIK P. KHOOBYARIAN

I, Erik P. Khoobyarian, am one of the attorneys of record for Plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION. I have obtained concurrence in the filing of this document from John C. Brown, attorney of record for Defendant EMCORE CORPORATION, which shall serve in lieu of his signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: December 2, 2011

										By: /s/ Erik P. Khoobyarian
										    Erik P. Khoobyarian