**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10   Avago Technologies U.S., Inc.,                    NO. C 08-03248 JW

11                Plaintiff,              **ORDER VACATING PRELIMINARY
                                          PRETRIAL CONFERENCE**
        v.
12
     Venture Corp. Ltd., et al.,
13
                 Defendants.
14                                                /

15        This case is schedule for a Preliminary Pretrial Conference on January 23, 2012.  On January

16   13, 2012, the parties informed the Court that they have reached a settlement but are in the process of

17   finalizing a written settlement agreement.  (See Docket Item No. 164.)  In light of the settlement

18   reached by the parties, the Court vacates all pretrial and trial dates.

19        The Court sets **March 12, 2012 at 10 a.m.** for a Status Conference re. Settlement.  On or

20   before **March 2, 2012**, the parties shall either file a Stipulated Dismissal pursuant to Federal Rule of

21   Civil Procedure 41(a), or a Joint Status Conference Statement setting forth, *inter alia*, the status of

22   activities in regard to the settlement and how much additional time is requested to finalize the

23   settlement.  In the event the parties file their Stipulated Dismissal on or before January 13, 2012, the

24   Status Conference shall be automatically vacated.

25

26   Dated:  January 18, 2012

27                                       JAMES WARE
                                         United States District Chief Judge
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Ann Haugsten Sayers csayers@whitecase.com
Desiree DeSurra ddesurra@whitecase.com
Dori Lynn Yob dyob@hopkinscarley.com
Erik Paul Khoobyarian epk@hopkinscarley.com
Gary Fish Redenbacher Gary@RedBrownLaw.com
James Jonathan Hawk jhawk@whitecase.com
John Calvin Brown jbrown@redbrownlaw.com
John V. Picone jpicone@hopkinscarley.com
Matthew Paul Lewis mlewis@whitecase.com

**Dated: January 18, 2012**                    **Richard W. Wieking, Clerk**


**By:     /s/ JW Chambers**
              **Susan Imbriani**
              **Courtroom Deputy**

**United States District Court**
For the Northern District of California