IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Avago Technologies U.S., Inc., | NO. C 08-03248 JW |
|     Plaintiff, | **AMENDED ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
|   v. | |
| Venture Corp. Ltd., et al., | |
|     Defendants. | |

This case is schedule for a Preliminary Pretrial Conference on January 23, 2012. On January 13, 2012, the parties informed the Court that they have reached a settlement but are in the process of finalizing a written settlement agreement. (See Docket Item No. 164.) In light of the settlement reached by the parties, the Court vacates all pretrial and trial dates.

The Court sets **March 12, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **March 2, 2012**, the parties shall either file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a), or a Joint Status Conference Statement setting forth, *inter alia*, the status of activities in regard to the settlement and how much additional time is requested to finalize the settlement. In the event the parties file their Stipulated Dismissal on or before March 2, 2012, the Status Conference shall be automatically vacated.

Dated:  January 18, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Ann Haugsten Sayers csayers@whitecase.com
Desiree DeSurra ddesurra@whitecase.com
Dori Lynn Yob dyob@hopkinscarley.com
Erik Paul Khoobyarian epk@hopkinscarley.com
Gary Fish Redenbacher Gary@RedBrownLaw.com
James Jonathan Hawk jhawk@whitecase.com
John Calvin Brown jbrown@redbrownlaw.com
John V. Picone jpicone@hopkinscarley.com
Matthew Paul Lewis mlewis@whitecase.com

**Dated:  January 18, 2012**                              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**