1 | John V. Picone III (State Bar No. 187226)
jpicone@hopkinscarley.com
2 | Erik P. Khoobyarian (State Bar No. 226749)
ekhoobyarian@hopkinscarley.com
3 | HOPKINS & CARLEY
A Law Corporation
4 | The Letitia Building
70 South First Street
5 | San Jose, CA 95113-2406

6 | Attorneys for Plaintiffs and Counter-Defendants
AVAGO TECHNOLOGIES U.S., INC., AVAGO
7 | TECHNOLOGIES INTERNATIONAL SALES
PTE. LIMITED, AVAGO TECHNOLOGIES
8 | JAPAN, LTD., AVAGO TECHNOLOGIES
CANADA CORPORATION

**APPROVED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> EMCORE CORPORATION, VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. 08-CV-03248 JW <br><br> **STIPULATION FOR DISMISSAL** |
|---|---|

IT IS HEREBY STIPULATED by and between the plaintiffs AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation, AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., AVAGO TECHNOLOGIES CANADA CORPORATION (collectively "Plaintiffs") and the Defendant and Counterclaimant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD. and Counterclaimant TECHNOCOM SYSTEMS SDN BHD ( collectively "Venture") that the remainder of the entire above-captioned action, including the Complaint and Counterclaim, be

642\896781.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION FOR DISMISSAL          CASE NO. 08-CV-03248 JW

1  and hereby is dismissed with prejudice as to Plaintiffs and Venture pursuant to Fed. R. Civ. Proc.

2  41(a)(1); each party to bear its own costs. The parties request that the Court retain jurisdiction

3  should intervention be required regarding performance under the settlement agreement between

4  Plaintiffs and Venture.

6  Dated: January 20, 2012            HOPKINS & CARLEY
                                      A Law Corporation

                                      By: /s/ Erik P. Khoobyarian
                                          Erik P. Khoobyarian
                                          Attorneys for Plaintiffs and
                                          Counter-Defendants
                                          AVAGO TECHNOLOGIES U.S., INC.,
                                          AVAGO TECHNOLOGIES
                                          INTERNATIONAL SALES PTE. LIMITED,
                                          AVAGO TECHNOLOGIES JAPAN, LTD.,
                                          AVAGO TECHNOLOGIES CANADA
                                          CORPORATION

15 Dated: January 20, 2012            WHITE & CASE

                                      By: \s\ Matthew P. Lewis
                                          Matthew P. Lewis
                                          Attorneys for Defendant and Counterclaimant
                                          VENTURE CORPORATION LIMITED fka
                                          VENTURE MANUFACTURING (S) LTD.
                                          and Counterclaimant TECHNOCOM
                                          SYSTEMS SDN BHD

## **ATTESTATION OF ERIK P. KHOOBYARIAN**

I, Erik P. Khoobyarian, am one of the attorneys of record for Plaintiffs AVAGO TECHNOLOGIES U.S., INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, AVAGO TECHNOLOGIES JAPAN, LTD., and AVAGO TECHNOLOGIES CANADA CORPORATION. I have obtained concurrence in the filing of this document from Matthew P. Lewis attorney of record for Defendant and Counterclaimant VENTURE CORPORATION LIMITED fka VENTURE MANUFACTURING (S) LTD. and Counterclaimant

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

642\896781.1
STIPULATION FOR DISMISSAL
- 2 -
CASE NO. 08-CV-03248 JW

1  TECHNOCOM SYSTEMS SDN BHD, which shall serve in lieu of his signature on the filed
2  document. I have obtained and will maintain records to support this concurrence for subsequent
3  production for the court if so ordered or for inspection upon request by a party until one year after
4  final resolution of the action (including appeal, if any).

5  Dated: January 20, 2012

By:  /s/ Erik P. Khoobyarian
      Erik P. Khoobyarian